# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JOHN BELUE**                                                                              **PLAINTIFF**

**VS.**                                              **CAUSE NO. 1:16-cv-193-SA-DAS**

**UNITED AUTO DELIVERY AND RECOVERY, INC.**
**AND MIKE WALLIS, INDIVIDUALLY**                              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day, this cause came on for consideration of the joint application for an Order of Dismissal of the parties to this cause, each of whom acknowledge that this case has been fully and finally settled, a settlement agreement and release having been executed by the plaintiff. Having maturely considered the joint application, the Court is of the opinion that such relief should be granted and it is therefore,

ORDERED AND ADJUDGED that this cause and all parties hereto shall be and are hereby dismissed with prejudice, each party to bear its own costs.

SO ORDERED AND ADJUDGED, this, the 13th day of July, 2017.

                                                                         /s/ Sharion Aycock
                                                                         U.S. DISTRICT COURT JUDGE

/s/ George E. Dent
GEORGE E. DENT, MS Bar No. 6052
Attorney for Plaintiff

/s/ H. Richmond Culp, III
H. RICHMOND CULP, III, MS Bar No. 7936
Attorney for Defendant